AUG. TERM
1835.

Tindall
v.
Johnson.

the jury wrongly on the motion of the plaintiff its judgment is reversed, the cause is remanded.

———•◦◦※◦◦•———

### O. Tindall v. D. Johnson.

1. Depositions taken in a former suit between the same parties, may be read in evidence unless there be other objections than their having been taken in a former suit.

ERROR to the circuit court of Howard county.

Depositions taken in a former suit between the same parties, may be read in evidence, unless there be other objections than their having been taken in a former suit.

This case differs in nothing from the other except that the defendant below offered to read some depositions taken in a former suit between the same parties which were rejected by the court. We have no hesitation in saying that the depositions ought to have been read if there were no other objections to them. The statute allows the depositions to be taken and read in certain cases, as where the witness resides more than sixty miles from the place of holding court &c. So long as the cause for taking the depositions exists there is no reason why they should not be read in the same, or any other suit between the same parties. It is objected that the plaintiff might have failed to attend to examine the witnesses, because he intended to dismiss his suit. This is his own act, and if that were the case nothing is seen to hinder him from taking depositions a second time to supply any deficiency in the first.

The judgment will be reversed and the cause remanded.